DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM TOLIA** and **JANNET TOLIA,**
Appellants,

v.

**JAY DARFLER,**
Appellee.

No. 4D19-849

[February 13, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE17-000411.

Harley J. Storrings and Gregory R. Barthelette of Storrings Law, Coral Springs, for appellants.

Lindsey M. Tenberg of Lindsey M. Tenberg, P.A., Lighthouse Point, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***